UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ARCITERRA WESTGATE, | ) | BANKRUPTCY NO. 23-05522 |
| INDIANAPOLIS IN II, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

# CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2023, service of the foregoing, **Order on Expediated Hearing**, was electronically sent as emails were listed or by United States Mail overnight delivery to the following:

US Trustee

Martha Lehman - MLehman@amundsendavislaw.com;
Smith Amundsen LLC
201 N. Illinois St., South Tower, 16th Floor
Indianapolis, IN 46204

Debtor
c/o Seth Waxman – Swaxman@dickinsonwright.com
1825 Eye St. NW., Ste. 900
Washington, DC 20006

SEC Counsel – JacobsonN@sec.gov
9000 W. Sunset Blvd, #1500
Hollywood, CA 90069
Wells Fargo as Trustee

Wells Fargo as Trustee – nvalponi@bilzin.com
Nick Valponi (secured lender)
1450 Brickell Ave, 23rd Floor
Miami, FL 33131-3456

AES Indiana – Kelly.young@aes.com
One Monument Circle
P.O. Box 1595
Indianapolis, IN 46206-1595

Brightview Landscape Services – Marc.Pitts@brightview.com
c/o Marc L. Pitts, Corporate Counsel
980 Jolly Road, Suite 300
Blue Bell, PA 19422

Circle City Outdoors – jc@camlawyers.com
c/o Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038

Crew Enterprises, LLC – jc@camlawyers.com
c/o Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038

CT Corporation
1200 S Pine Island Rd, #250
Plantation, FL 33324

Cushman & Wakefield - stefan.arsich@cushwake.com
One American Square, Suite 1800
Indianapolis, IN 46282

Electrisource, Inc. - Jeff@electrisource.com
3936 Pendleton Way
Indianapolis, IN 462261

J Ventura Landscaping, LLC – sales@ventuarlandscape.com
1028 Memory Lane
Lawrenceville, GA 30044

Koorsen Fire & Security Services – Theresa.Carroll@koorsen.com
2719 N. Arlington Ave.
Indianapolis, IN 46218

NRAI, Inc. – administrator@nrai.com
160 Greentree Dr., Ste. 101
Dover, DE 19904

Styner LLC – jc@camlawyers.com
c/o Camden & Meridew, P.C.
10412 Allisonville Road, Suite 200
Fishers, IN 46038

Trigild Property Management - keri.kirrane@trigild.com
4131 North Central Expressway, Suite 775
Dallas, TX 75204

                          /s/ Julie A. Camden
                          Julie A. Camden, #26789-49
                          Camden & Meridew, P.C.
                          10412 Allisonville Road, Suite 200
                          Fishers, IN 46038
                          Tel: (317) 770-0000
                          Fax: (888) 339-9611
                          Email: jc@camlawyers.com